# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JUSTIN MUELLER, *formerly known as*
Justin Oman, LARRY BLACK, CRAIG
BOLTE, JOSHUA MERTZ, and THOMAS
KITTRELL,

        Plaintiffs,

        v.

CHAD MESOJEDEC, *Rehab Therapies
Director*, NICHOLAS LAMMI, *Rehab
Therapist*, CHRISTINE SELL, *Rehab
Therapist*, STEVE SAYOVITZ, *Security
Program Manager*, SANDRA BRYANT,
*Volunteer Services Coordinator*, MANDY
TORGERSON, *Special Services Supervisor*,
KEVIN MOSER, *Program Facility
Director*, and PETER PUFFER, *Clinical
Site Director*,

        Defendants.

Case No. 16-CV-277 (JNE/TNL)
**ORDER**

This matter is before the Court on a Report and Recommendation ("R&R") issued by the Honorable Tony N. Leung, United States Magistrate Judge, on January 6, 2017. (Dkt. No. 27.) The R&R recommends dismissing this action because sovereign and qualified immunity bars certain claims, and Plaintiffs failed to state the remaining claims. (*See id.*) Plaintiffs objected to the R&R's analysis with respect to each claim. (*See* Dkt. No. 28.) Defendants responded in support of the R&R's recommended disposition. (*See* Dkt. No. 29.) The Court conducted a de novo review of the record. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2(b)(3). After reviewing the R&R, the parties' arguments, and the record, the Court agrees with the R&R's reasoning and recommended disposition.

[continued on next page]

Therefore, IT IS ORDERED THAT:

1.      Plaintiffs' objections to the Report and Recommendation [Dkt. No. 28] are
        OVERRULED.

2.      Defendants' Motion to Dismiss [Dkt. No. 16] is GRANTED.

3.      This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: February 27, 2017.

                                                    s/Joan N. Ericksen
                                                    JOAN N. ERICKSEN
                                                    United States District Judge